```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
Jane Doe,                                                          :
                                                                   :
                          Plaintiff,                               :
                                                                   :      24-cv-07777 (LJL)
        -v-                                                        :
                                                                   :           ORDER
SEAN COMBS, DADDY'S HOUSE RECORDINGS                               :
INC., CE OPCO, LLC d/b/a COMBS GLOBAL f/k/a                        :
DEMAND FOR COMBS ENTERPRISES LLC, BAD                              :
BOY ENTERTAINMENT HOLDINGS, INC., BAD                              :
BOY PRODUCTIONS HOLDINGS, INC., BAD BOY                            :
BOOKS HOLDINGS, INC., BAD BOY RECORDS                              :
LLC, BAD BOY ENTERTAINMENT LLC, BAD BOY                            :
PRODUCTIONS LLC, and ORGANIZATIONAL DOES                           :
1-10,                                                              :
                                                                   :
                          Defendants.                              :
                                                                   :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/15/2024

LEWIS J. LIMAN, United States District Judge:

The Complaint in this case was filed with a pseudonym without leave of Court. Dkt. No. 1. In order to proceed anonymously, Plaintiff must make a motion to do so. See Fed. R. Civ. P. 10. If no such motion is filed by October 22, 2024, the Court will dismiss the Complaint accordingly. A summons will not issue until Plaintiff is given leave to proceed without the name of all parties.

SO ORDERED.

Dated: October 15, 2024
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge