```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/16/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
Jane Doe,                                                          :
                                                                   :
                           Plaintiff,                              :
                                                                   :         24-cv-07777 (LJL)
            -v-                                                    :
                                                                   :         ORDER
SEAN COMBS, DADDY'S HOUSE RECORDINGS                               :
INC., CE OPCO, LLC d/b/a COMBS GLOBAL f/k/a                        :
DEMAND FOR COMBS ENTERPRISES LLC, BAD                              :
BOY ENTERTAINMENT HOLDINGS, INC., BAD                              :
BOY PRODUCTIONS HOLDINGS, INC., BAD BOY                            :
BOOKS HOLDINGS, INC., BAD BOY RECORDS                              :
LLC, BAD BOY ENTERTAINMENT LLC, BAD BOY                            :
PRODUCTIONS LLC, and ORGANIZATIONAL DOES                           :
1-10,                                                              :
                                                                   :
                           Defendants.                             :
                                                                   :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

On October 16, 2024, Plaintiff filed a motion for leave to appear anonymously. Dkt. No. 13. In determining whether a Plaintiff may proceed anonymously, "the plaintiff's interest in anonymity must be balanced against both the public interest in disclosure and any prejudice to the defendant." *Sealed Plaintiff v. Sealed Defendant*, 537 F.3d 185, 189 (2d Cir. 2008). A court should consider factors including whether the litigation involves matters that are "highly sensitive and of a personal nature," "whether identification poses a risk of retaliatory physical or mental harm," whether the defendant is prejudiced, whether any such prejudice "differs at any particular stage of the litigation," whether any such prejudice "can be mitigated by the district court," and the public interest. *Id*. at 190 (internal quotations and citations omitted).

Plaintiff has made a preliminary showing sufficient to permit the filing of the complaint

and the issuance of a summons. The nature of Plaintiff's sexual assault allegations is highly personal, and Plaintiff states that Defendant Sean Combs threatened her with violence if she spoke of the alleged assault. Given that Defendant is a public figure, revelation of Plaintiff's identity may also lead to significant, potentially harmful attention from media and the public. However, Defendants have a right to be heard, the Court must take the interests of the public into account, and "the balance between a party's need for anonymity and the interests weighing in favor of open judicial proceedings may change as the litigation progresses." *Does I thru XXIII v. Advanced Textile Corp.*, 214 F.3d 1058, 1069 (9th Cir. 2000). Therefore, Plaintiff shall file a renewed motion to continue to proceed anonymously within 30 days after service of the complaint. In the absence of a timely filed motion, the Court shall order the name of the Plaintiff be disclosed.

The motion to file the complaint anonymously is GRANTED. The Clerk of Court is respectfully directed to issue the requested summonses.

SO ORDERED.

Dated: October 16, 2024
   New York, New York

_____
LEWIS J. LIMAN
United States District Judge