UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

Jane Doe,

    *Plaintiff*,　　　　　　　　　　　　　　No. 1:24-cv-07777

  v.

SEAN COMBS, DADDY'S HOUSE RECORDINGS
INC., CE OPCO, LLC d/b/a COMBS GLOBAL　　　**PROPOSED ORDER**
f/k/a COMBS ENTERPRISES LLC,
BAD BOY ENTERTAINMENT HOLDINGS, INC.,
BAD BOY PRODUCTIONS HOLDINGS, INC.,
BAD BOY BOOKS HOLDINGS, INC., BAD BOY
RECORDS LLC, BAD BOY ENTERTAINMENT LLC,
BAD BOY PRODUCTIONS LLC, AND
ORGANIZATIONAL DOES 1-10,

    *Defendants*.

--------------------------------------------------------X

## PROPOSED ORDER

  Upon good cause shown, the request of Plaintiff to proceed using the pseudonym "Jane Doe" is GRANTED.

Date: _____　　　　　　　　　　_____
                  Hon. Judge Presiding
                  United States District Judge