**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JANE DOE,<br><br>                                       Plaintiff,<br><br>  -against-<br><br>SEAN COMBS, DADDY'S HOUSE RECORDINGS, INC., CE OPCO, LLC d/b/a COMBS GLOBAL f/k/a COMBS ENTERPRISES LLC, BAD BOY ENTERTAINMENT HOLDINGS, INC., BAD BOY PRODUCTIONS HOLDINGS, INC., BAD BOY BOOKS HOLDINGS, INC., BAD BOY RECORDS LLC, BAD BOY ENTERTAINMENT LLC, BAD BOY PRODUCTIONS LLC, AND ORGANIZATIONAL DOES 1-10,<br><br>                                       Defendants. | Case No. 24-cv-7777<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned, Mark Cuccaro of the firm Sher Tremonte LLP, hereby appears as counsel for Defendants Sean Combs, Daddy's House Recordings, Inc., CE OpCO, LLC d/b/a Combs Global f/k/a Combs Enterprises LLC, Bad Boy Entertainment Holdings, Inc., Bad Boy Productions Holdings, Inc., Bad Boy Books Holdings, Inc., Bad Boy Entertainment LLC, and Bad Boy Productions LLC in connection with the above-captioned action.

Dated: New York, New York
January 22, 2025

**SHER TREMONTE LLP**

By: /s/ *Mark Cuccaro*
      Mark Cuccaro
90 Broad Street, 23rd Floor
New York, New York 10004
Tel: 212.202.2600
Email: mcuccaro@shertremonte.com

*Attorney for Defendants Sean Combs, Daddy's House Recordings, Inc., CE OpCO, LLC, Bad Boy Entertainment Holdings, Inc., Bad Boy Productions Holdings, Inc., Bad Boy Books Holdings, Inc., Bad Boy Entertainment LLC, and Bad Boy Productions LLC*
.