UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JANE DOE,

        *Plaintiff,*

    -against-

SEAN COMBS, DADDY'S HOUSE RECORDINGS INC., CE OPCO, LLC d/b/a COMBS GLOBAL f/k/a COMBS ENTERPRISES LLC, BAD BOY ENTERTAINMENT HOLDINGS, INC., BAD BOY PRODUCTIONS HOLDINGS, INC., BAD BOY BOOKS HOLDINGS, INC., BAD BOY RECORDS LLC, BAD BOY ENTERTAINMENT LLC, BAD BOY PRODUCTIONS LLC, and ORGANIZATIONAL DOES 1-10,

        *Defendants.*

Case No.: 1:24-cv-07777-LJL

**NOTICE OF VOLUNTARY DISMISSAL SOLELY OF DEFENDANT BAD BOY RECORDS LLC, PURSUANT TO RULE 41(a)(1)(A)(i) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

---

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff Jane Doe, by and through her undersigned counsel, hereby gives notice that the claims made in the above-captioned Action are voluntarily dismissed, without prejudice, solely as against Defendant Bad Boy Records LLC ("BBRLLC"). This voluntary dismissal is not with respect to any Defendant other than BBRLLC in the above-captioned Action. The same is acknowledged and agreed by BBRLLC, by and through its undersigned counsel.

Dated: New York, New York
       February 14, 2025

                                        CURIS LAW, PLLC

                                      By: _____
                                              Antigone Curis
                                        52 Duane Street, 7th Fl.
                                        New York, NY 10007
                                        (646) 335-7220
                                        antigone@curislaw.com

                                           — AND —

THE BUZBEE LAW FIRM
Anthony G. Buzbee
Texas Bar No. 24001820

— AND —

AVA LAW GROUP
Andrew Van Arsdale
CA Bar No. 323370
andrew.vanarsdale@avalaw.com
3667 Voltaire Street, Ste. 101

*Attorneys for Jane Doe*

PRYOR CASHMAN LLP

By: ___/s/ DZ_____
Donald S. Zakarin
William L. Charron
Nicholas G. Saady
7 Times Square
New York, New York  10036
(212) 421-4100
dzakarin@pryorcashman.com

*Attorneys for BBRLLC*

**SO ORDERED**

_____
Judge Mary K. Vyskocil
United States District Judge

Dated: _____, 2025

2