# EXHIBIT C

# State Of Delaware

**\*\*THIS IS NOT AN OFFICAL CERTIFICATE OF STATUS\*\***

Date Retrieved: 2/14/2025 12:46:54PM

| | | | |
|---|---|---|---|
| File Number: | 3531850 | Incorporation Date / Formation Date: | 5/31/2002 |
| Entity Name: | CE OPCO, LLC | | |
| Entity Kind: | Limited Liability Company | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |
| Status: | Good Standing | Status as of: | 6/10/2013 |

**Registered Agent Information**

| | | | |
|---|---|---|---|
| Name: | ERESIDENTAGENT, INC. | | |
| Address: | 1013 CENTRE ROAD SUITE 403S | | |
| City: | WILMINGTON | Country: | |
| State: | DE | Postal Code: | 19805 |
| Phone: | | | |

**Tax Information**

| | | | |
|---|---|---|---|
| Last AnnualReport Filed: | 0 | Tax Due: | $ 0 |
| Annual Tax Assessment: | $300 | Total Authorized Shares: | |

**Filing History (Last 5 Filings)**

| Seq | Description | No of Pages | Filing Date mm/dd/yyyy | Filing Time | Effective Date mm/dd/yyyy |
|---|---|---|---|---|---|
| 1 | Change of Agent Amendment for LP/LLC/GP/LLP<BR>9000014 | 1 | 20190109 | 095800 | 20190109 |
| 2 | Amendment<BR>COMBS ENTERPRISES LLC | 1 | 20140221 | 121200 | 20140221 |
| 3 | LLC | 1 | 20020531 | 090000 | 20020531 |

**\*\*THIS IS NOT AN OFFICAL CERTIFICATE OF STATUS\*\***