# EXHIBIT D

An official website of New York State.
Here's how you know ⌄



🔍

# Department of State
## Division of Corporations

## Entity Information

[ Return to Results ]    [ Return to Search ]

### Entity Details                                                        ⌃

**ENTITY NAME:** BAD BOY BOOKS HOLDINGS, INC.

**DOS ID:** 2303373

**FOREIGN LEGAL NAME:**

**FICTITIOUS NAME:**

**ENTITY TYPE:** DOMESTIC BUSINESS CORPORATION

**DURATION DATE/LATEST DATE OF DISSOLUTION:**

**SECTIONOF LAW:** 402 BCL - BUSINESS CORPORATION LAW

**ENTITY STATUS:** ACTIVE

**DATE OF INITIAL DOS FILING:** 10/02/1998

**REASON FOR STATUS:**

**EFFECTIVE DATE INITIAL FILING:** 10/02/1998

**INACTIVE DATE:**

**FOREIGN FORMATION DATE:**

**STATEMENT STATUS:** CURRENT

**COUNTY:** WESTCHESTER

**NEXT STATEMENT DUE DATE:** 10/31/2026

**JURISDICTION:** NEW YORK, UNITED STATES

**NFP CATEGORY:**

ENTITY DISPLAY    NAME HISTORY    FILING HISTORY    MERGER HISTORY    ASSUMED NAME HISTORY

Service of Process on the Secretary of State as Agent

**The Post Office address to which the Secretary of State shall mail a copy of any process against the corporation served upon the Secretary of State by personal delivery:**

**Name:**  CE TRADEMARK LLC

**Address:**  1001 WILSHIRE BLVD., 1073, LOS ANGELES, CA, UNITED STATES, 90017

**Electronic Service of Process on the Secretary of State as agent: Not Permitted**

Chief Executive Officer's Name and Address

**Name:**  EDDIE NORWARD JR.

**Address:**  1710 BROADWAY, NEW YORK, NY, UNITED STATES, 10019

Principal Executive Office Address

**Address:**  1440 BROADWAY, 3RD FLOOR, NEW YORK, NY, UNITED STATES, 10018

Registered Agent Name and Address

**Name:**  CORPORATION SERVICE COMPANY

**Address:**  80 STATE STREET, ALBANY, NY, 12207 - 2543

Entity Primary Location Name and Address

**Name:**

**Address:**

Farmcorpflag

**Is The Entity A Farm Corporation:**  NO

Stock Information

| Share Value | Number Of Shares | Value Per Share |
|---|---|---|
| NO PAR VALUE | 200 | $0.00000 |

AgenciesApp DirectoryCountiesEventsProgramsServices