# EXHIBIT F

An official website of New York State.
Here's how you know



# Department of State
## Division of Corporations

## Entity Information

Return to Results    Return to Search

### Entity Details

**ENTITY NAME:** BAD BOY PRODUCTIONS LLC
**DOS ID:** 4543729
**FOREIGN LEGAL NAME:**
**FICTITIOUS NAME:**
**ENTITY TYPE:** DOMESTIC LIMITED LIABILITY COMPANY
**DURATION DATE/LATEST DATE OF DISSOLUTION:**
**SECTIONOF LAW:** 203 LLC - LIMITED LIABILITY COMPANY LAW
**ENTITY STATUS:** ACTIVE
**DATE OF INITIAL DOS FILING:** 03/13/2014
**REASON FOR STATUS:**
**EFFECTIVE DATE INITIAL FILING:** 03/13/2014
**INACTIVE DATE:**
**FOREIGN FORMATION DATE:**
**STATEMENT STATUS:** CURRENT
**COUNTY:** NEW YORK
**NEXT STATEMENT DUE DATE:** 03/31/2026
**JURISDICTION:** NEW YORK, UNITED STATES
**NFP CATEGORY:**

ENTITY DISPLAY    NAME HISTORY    FILING HISTORY    MERGER HISTORY    ASSUMED NAME HISTORY

### Service of Process on the Secretary of State as Agent

**The Post Office address to which the Secretary of State shall mail a copy of any process against the corporation served upon the Secretary of State by personal delivery:**

**Name:** CORPORATION SERVICE COMPANY
**Address:** 80 STATE STREET, ALBANY, NY, UNITED STATES, 12207

**Electronic Service of Process on the Secretary of State as agent: Not Permitted**

### Chief Executive Officer's Name and Address

**Name:**
**Address:**

### Principal Executive Office Address

**Address:**

### Registered Agent Name and Address

**Name:**

**Address:**

Entity Primary Location Name and Address

**Name:**

**Address:**

Farmcorpflag

**Is The Entity A Farm Corporation:** NO

Stock Information

| Share Value | Number Of Shares | Value Per Share |
|---|---|---|

Agencies App Directory Counties Events Programs Services