March 24, 2025

**BY ECF**
The Honorable Lewis J. Liman
United States District Judge
500 Pearl Street
New York, NY 10007

      Re:    *Doe v. Combs, et. al.*, Case No. 24-cv-07777 (LJL)

Dear Judge Liman:

    We represent Sean Combs, Daddy's House Recordings Inc., CEOpCo, LLC d/b/a Combs Global f/k/a Combs Enterprises, LLC, Bad Boy Entertainment Holdings, Inc., Bad Boy Productions Holdings, Inc., Bad Boy Books Holdings, Inc., Bad Boy Entertainment LLC, and Bad Boy Productions LLC (the "Combs Defendants") and write to respectfully request that this case be dismissed pursuant to the Court's March 6, 2025 Memorandum and Order. *See* ECF #58.

    Plaintiff filed her complaint under the pseudonym Jane Doe without leave of the Court. ECF #1. The Court ordered Plaintiff to make a motion if she wished to continue to proceed anonymously. ECF #12. Plaintiff then filed such a motion, ECF ##13-15, which the Court provisionally granted while ordering Plaintiff to "file a renewed motion to continue to proceed anonymously within 30 days after service of the complaint," ECF #17 at 2. Plaintiff filed this second motion to proceed anonymously on January 12, 2025. ECF #33. The Court denied Plaintiff's second motion in a Memorandum and Order dated March 6, 2025. ECF #58. Therein, the Court concluded: "Plaintiff shall file a complaint in her own name by March 20, 2025, ***or this case will be dismissed***." *Id.* at 8 (emphasis added). March 20 has since passed and Plaintiff has not filed a complaint in her own name.

    Accordingly, we respectfully ask the Court to dismiss this case in its entirety.

                         Respectfully submitted,

                         */s/ Mark Cuccaro*
                         Michael Tremonte
                         Mark Cuccaro
                         Erica A. Wolff
                         Raphael A. Friedman
                         SHER TREMONTE LLP
                         90 Broad Street, 23rd Fl.
                         New York, New York 10004
                         T: 212.202.2600
                         mcuccaro@shertremonte.com
                         *Counsel for the Combs Defendants*