```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/31/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
  :
Jane Doe, :
  :
  :
                    Plaintiff, :
  :                      24-cv-7777 (LJL)
       -v- :
  :                           ORDER
SEAN COMBS, DADDY'S HOUSE RECORDINGS :
INC., CE OPCO, LLC d/b/a COMBS GLOBAL f/k/a :
DEMAND FOR COMBS ENTERPRISES LLC, BAD :
BOY ENTERTAINMENT HOLDINGS, INC., BAD :
BOY PRODUCTIONS HOLDINGS, INC., BAD BOY :
BOOKS HOLDINGS, INC., BAD BOY RECORDS :
LLC, BAD BOY ENTERTAINMENT LLC, BAD BOY :
PRODUCTIONS LLC, and ORGANIZATIONAL DOES :
1-10, :
  :
                    Defendants. :
  :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

On March 6, 2025, the Court denied Plaintiff's motion to proceed anonymously and ordered her to file a complaint in her own name by March 20, 2025, or the case would be dismissed. Dkt. No. 58. As of today, March 31, 2025, Plaintiff has not filed a complaint in her own name, nor has she sought an extension of time to do so.

Accordingly, the case is dismissed. The Clerk of Court is respectfully directed to terminate all pending motions and deadlines and close the case.

SO ORDERED.

Dated: March 31, 2025                    _____
       New York, New York                          LEWIS J. LIMAN
                                              United States District Judge